STEVEN M. ALTIG, ESQ.
Nevada State Bar No. 6879
601 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-7227

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:18-cr-00300-JAD-VCF |
| OSCAR RIVERA, | ) |
| Defendant. | ) |

## SUBSTITUTION OF ATTORNEYS

OSCAR RIVERA, Defendant herein, hereby substitutes STEVEN M. ALTIG, ESQ., 601 South Seventh Street, Las Vegas, Nevada, 89101, (702) 385-7227, as attorney of record in place and stead of THOMAS PITARO, ESQ.

DATED: 10-05-20                             _____
                                             OSCAR RIVERA

I consent to the above substitution.

DATED: 10/06/2020                            _____
                                             THOMAS PITARO, ESQ.

I am duly admitted to practice in this District, I accept the above substitution, and I have been retained by the Defendant.

DATED: 10/6/20

_____
STEVEN M. ALTIG, ESQ.

APPROVED:

DATED: 10-9-2020

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                 Magistrate

-2-