# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:18-cr-00300-JAD-VCF |
| vs. | **ORDER CONTINUING SENTENCING** |
| OSCAR RIVERA, | ECF No. 95 |
| Defendant. | |

Based on the pending stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

**IT HEREBY ORDERED** that the sentencing date of June 29, 2021, at the hour of 10:00 a.m., be vacated and continued to October 4, 2021, at 10:00 a.m.

DATED this 22nd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE